UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| MERANDA PERLINGIERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTORIA COMPANY LLC,<br><br>Defendant. | Case No. 4:22-cv-00097-O |

**NOTICE OF SETTLEMENT**

Plaintiff Meranda Perlingiero ("Plaintiff") and Defendant Astoria Company LLC ("Astoria" or "Defendant"), jointly notify this Court that they have reached an agreement in principle to settle this matter on an individual basis. This is not a class settlement, no class has been certified, and the rights of absent class members shall not be affected by this individual settlement.

To that end, the Parties respectfully request that this Court: (1) vacate all pending case deadlines, including the June 15, 2022 deadline for Plaintiff to move for default (Dkt. 15) and; (2) set the following case deadlines:

   i. Plaintiff shall file a Notice of Voluntary Dismissal within thirty (30) days, by July 2, 2022; or

   ii. If Plaintiff is not filing a Notice of Voluntary Dismissal by July 2, 2022, the Parties shall notify the Court with a status update as to the settlement process of this case.

WHEREFORE, the Parties respectfully request that this Court (1) vacate all case deadlines, and (2) set the following case deadlines: (i) Plaintiff shall file a Notice of Voluntary Dismissal within thirty (30) days, by July 2, 2022; or (ii) if Plaintiff is not filing a Notice of Voluntary

Dismissal by July 2, 2022, the Parties shall notify the Court with a status update as to the settlement process of this case.

Dated:   June 2, 2022                               Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger (admitted pro hac vice)
**MILBERG COLEMAN BRYSON**
 **PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (847) 208-4585
gklinger@milberg.com

JOE KENDALL
Texas Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
214-744-3000 / 214-744-3015 (Facsimile)
jkendall@kendalllawgroup.com

M. ANDERSON BERRY (pro hac vice)
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Counsel for Plaintiff*

 s/Daniel S. Marvin
Daniel S. Marvin (pro hac vice)
Kennedys
570 Lexington Avenue, 8th Floor
New York, NY 10022
Telephone: (646) 625-4030

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2022, I caused the foregoing document to be filed with the Clerk of this Court via the Court's CM/ECF system, which will cause a true and correct copy to be served electronically on all counsel of record.

*/s/ Gary M. Klinger*
Gary M. Klinger
