UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| MERANDA PERLINGIERO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ASTORIA COMPANY LLC, <br><br> Defendant. | Case No. 4:22-cv-00097-O |

## NOTICE OF SETTLEMENT

Plaintiff Meranda Perlingiero ("Plaintiff") and Defendant Astoria Company LLC ("Astoria" or "Defendant"), hereby stipulate to the dismissal of this action, with prejudice, and with each party bearing its own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

NOW, THEREFORE, it is hereby STIPULATED and AGREED that Plaintiff Meranda Perlingiero's claims are dismissed with prejudice against Defendant Astoria Company LLC.

Dated: July 1, 2022

Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger (admitted pro hac vice)
**MILBERG COLEMAN BRYSON**
 **PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (847) 208-4585
gklinger@milberg.com

JOE KENDALL
Texas Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
214-744-3000 / 214-744-3015 (Facsimile)
jkendall@kendalllawgroup.com

M. ANDERSON BERRY (pro hac vice)
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Counsel for Plaintiff*

  s/Daniel S. Marvin
Daniel S. Marvin (pro hac vice)
Kennedys
570 Lexington Avenue, 8th Floor
New York, NY 10022
Telephone: (646) 625-4030

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2022, I caused the foregoing document to be filed with the Clerk of this Court via the Court's CM/ECF system, which will cause a true and correct copy to be served electronically on all counsel of record.

*/s/ Gary M. Klinger*
Gary M. Klinger